JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U. AJULUCHUKU-LEVY,<br><br>　　　　Plaintiff,<br>　　v.<br>GREAT STOPS<br>　　　　Defendant. | CASE NO. CV 09-5130 DSF (SSx)<br><br>JUDGMENT |

By its Order dated September 8, 2009, the Court found Plaintiff to be a vexatious litigant. The Court having previously ordered Plaintiff to file security in the amount of $5,000.00 in good funds as to each Defendant against whom she wishes to proceed, and Plaintiff not having timely paid the amount,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/9/10

_____
Dale S. Fischer
United States District Judge